UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNSON

CIVIL ACTION

VERSUS

18-922-SDD-RLB

LOUISIANA DEPARTMENT OF
CORRECTION AND PUBLIC
SAFETY

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 28, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiff's cause of action is hereby DISMISSED without prejudice for failure to prosecute.

Signed in Baton Rouge, Louisiana on July 28, 2021.

*[signature]*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 16.